**Electronically Filed**
**Supreme Court**
**SCPR-24-0000768**
**16-DEC-2024**
**11:53 AM**
**Dkt. 8 OGP**

SCPR-24-0000768

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE MARY AU, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition to resign from the practice of law in the State of Hawai'i and to surrender license, filed by attorney Mary Au (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the declarations submitted in support thereof, we conclude that Petitioner has complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner shall surrender her paper license to the Supreme Court Clerk, who may dispose of the license.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rule 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 5894, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, December 16, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens